UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MARITA HANNERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 1:13CV163 SNLJ |
| ) | (NCC) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant.[1] ) | |

# REPORT AND RECOMMENDATION OF
# UNITED STATES MAGISTRATE JUDGE

Before the court is Defendant's Motion to Reverse and Remand this matter to the Commissioner, pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). Defendant suggests that, upon remand, the Appeals Council should direct the Administrative Law Judge (ALJ) to further develop the record and give Plaintiff the opportunity for a new hearing. The ALJ should also reassess Plaintiff's residual functional capacity, obtain supplemental vocational evidence, and resolve any conflicts between the Dictionary of Occupational Titles and evidence provided by the vocational expert. Plaintiff has not filed a timely objection to Defendant's Motion.

Accordingly,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Reverse and Remand be **GRANTED** (Doc. 23); and

---

[1] Carolyn W. Colvin became Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she should be substituted for Michael J. Astrue as the defendant. No further action need be taken to continue this suit by reason of the last sentence of § 205(g) of the Act.

**IT IS HEREBY ORDERED** that Defendant's pending Motion for Extension of Time (Doc. 22) is DENIED as moot.

The parties are advised that they have fourteen (14) days in which to file written objections to these recommendations pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in a waiver of the right to appeal questions of fact. See <u>Thompson v. Nix</u>, 897 F.2d 356 (8th Cir. 1990).

/s/ Noelle C. Collins<br>UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of June 2014.