UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MAIRTA HANNERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:13cv163 SNLJ(NCC) |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Noelle C. Collins (#24), filed June 16, 2014, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner of Social Security's decision be and is **REVERSED** and, pursuant to sentence four of 42 U.S.C. § 405(g), **REMANDED** to the Commissioner for further proceedings pursuant to the report and recommendation adopted herein. This Court does not retain jurisdiction of this case.

Dated this  28th  day of July, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE